IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV136-C

| | |
|---|---|
| CENTRAL TRANSPORT INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br><br> GENERAL ELECTRIC COMPANY and SABIC INNOVATIVE PLASTICS US LLC, <br><br> Defendants. | **ORDER** |

This matter having come before the Court on motion of local counsel for defendants General Electric Company and SABIC Innovative Plastics US LLC for admission *pro hac vice* of JC Miller and it appearing to the Court under Local Rule 83.1 that such counsel should be admitted *pro hac vice* representing General Electric Company and SABIC Innovative Plastics US LLC in the above captioned matter,

IT IS THEREFORE ORDERED that the motion is GRANTED and that JC Miller is admitted to practice before this Court *pro hac vice*.

**SO ORDERED**.

Signed: June 2, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge