1.

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CENTRAL TRANSPORT INTERNATIONAL, INC.<br>12225 Stephens Road<br>Warren, Michigan 48089<br><br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY<br>3135 Easton Turnpike<br>Fairfield, Connecticut 06828<br><br>and<br><br>SABIC INNOVATIVE PLASTICS US LLC<br>9930 Kincey Avenue<br>Huntersville, North Carolina 28078<br><br><br><br>Defendants. | CIVIL ACTION NO. 3:08-cv-136<br><br><br><br><br><br><br>**ORDER TO ADMIT ATTORNEYS TO APPEAR IN THIS ACTION**<br>***PRO HAC VICE*** |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* of James R. Lloyd and Jeffrey D. Cohen filed by Ryan W. Keevan, attorney for plaintiff. Upon careful review and consideration, this Court will grant the Motions.

**IT IS, THEREFORE ORDERED** that the Motions for Admission *Pro Hac Vice* of James R. Lloyd and Jeffrey D. Cohen are **GRANTED**.

**SO ORDERED**.

Signed: July 23, 2008

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge