IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV136-C

| | |
|---|---|
| CENTRAL TRANSPORT INTERNATIONAL, INC., ) ) ) | |
| Plaintiff, ) ) | ORDER |
| v. ) ) | |
| GENERAL ELECTRIC COMPANY, ) and SABIC INNOVATIVE PLASTICS ) HOLDINGS BV, ) ) | |
| Defendants. ) _____) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (document #40) filed March 19, 2009, requesting admission of Attorney Alfonso Gambone to represent Plaintiff Central Transport International, Inc. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: March 19, 2009

_____
Carl Horn, III
United States Magistrate Judge