# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:08CV136-C

| | |
|---|---|
| CENTRAL TRANSPORT INTERNATIONAL, INC., ) ) ) Plaintiff, ) v. ) ) GENERAL ELECTRIC COMPANY, ) and SABIC INNOVATIVE PLASTICS ) HOLDINGS BV, ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on the "Joint Motion to Extend the Deadlines Set Forth in the Case Management Plan" (document #42) filed March 19, 2009. For the reasons stated therein, the Motion is **GRANTED**. The subject time extensions shall not affect the trial date which is set for September 21, 2009. The dates set out in the Pretrial Order and Case Management Plan are extended as follows:

| | |
|---|---|
| Discovery Completion: | June 29, 2009 |
| Plaintiff's Expert Reports: | June 1, 2009 |
| Defendants' Expert Reports: | June 15, 2009 |
| Mediation: | June 30, 2009 |
| Dispositive Motions: | July 30, 2009 |

**SO ORDERED.**

Signed: March 19, 2009

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge